# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| Watts-Granite, A Joint Venture ) | ASBCA No. 59878-961 |
| ) | |
| Under Contract No. N44255-10-C-8004 ) | |

APPEARANCES FOR THE PETITIONER:    Peter N. Ralston, Esq.
Meghan A. Douris, Esq.
Alix K. Schroeder, Esq.
  Oles Morrison Rinker & Baker, LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Anthony K. Hicks, Esq.
  Trial Attorney

## ORDER PURSUANT TO BOARD RULE 1(a)(5) DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Board Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its claim by 10 April 2015. The government has advised that a final decision on the claim will be issued on or before that date. Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 10 April 2015.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: 26 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur

_____                    _____
RICHARD SHACKLEFORD                         ELIZABETH W. NEWSOM
Administrative Judge                        Administrative Judge
Vice Chairman                               Armed Services Board
Armed Services Board                        of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59878-961, Petition of Watts-Granite, A Joint Venture, rendered in conformance with the Board's Charter.

      Dated:


 

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2